**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **MARC ROSEMOND**  **Plaintiff,**  **v.**  **VERIZON MARYLAND, LLC,** *et al.*  **Defendants.** | **Case No.: 8:16-cv-03272-RWT** |

## PARTIES' STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed with prejudice.

Respectfully Submitted,

| | |
|---|---|
| KARP, WIGODSKY, NORWIND KUDEL & GOLD, PA. | CIPRIANI & WERNER, P.C. |
| /s/ Demosthenes Komis | /s/ John A. Rego |
| Ronald A. Karp #01015 | John A. Rego #06893 |
| Demosthenes Komis #30147 | 6411 Ivy Lane, Suite 600 |
| 2273 Research Blvd, Suite 200 | Greenbelt, MD 20770 |
| Rockville, MD 20850 | P 410-420-0700 |
| P 301-948-3800 | F 301-948-5449 | jrego@c-wlaw.com |
| Rkarp@karplawfirm.net | *Counsel for Defendant, Verizon Maryland LLC* |
| Dkomis@karplawfirm.net | |
| *Counsel for Plaintiff* | |
| FRATUS LAW GROUP, LLC | LAW OFFICES OF PAMELA RANDI JOHNSON |
| /s/ Charles J. Fratus | /s/ Debra L. Wynne |
| Charles J. Fratus #13169 | Debra L. Wynne #04631 |
| 566 Baltimore Annapolis Blvd | 307 International Circle, Suite 520 |
| Severna Park, MD 21146 | Hunt Valley, Maryland 21030 |
| P 410-295-7100 | P (410) 568-2873 |
| chuck@fratuslaw.com | debra.wynne@the_Hartford.com |
| *Counsel for Defendants, Dycom Industries, Inc. & Lambert's Cable Splicing Company* | *Counsel for Defendant, Wire Wizards, Inc.* |

1

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this **14th** day of February 2019, a copy of the foregoing Parties' Stipulation of Dismissal was electronically served on:

| | | |
|---|---|---|
| Charles Fratus, Esquire | Debra L. Wynne, Esquire | John A. Rego, Esquire |
| 566 Baltimore Annapolis Blvd, | 307 International Circle, Suite | 6411 Ivy Lane, Suite 600 |
| Severna Park, MD 21146 | 520 | Greenbelt, MD 20770 |
| | Hunt Valley, MD 21030 | |

              */s/ Demosthenes Komis*
              Demosthenes Komis