IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **MARC ROSEMOND**<br><br>　　Plaintiff,<br><br>v.<br><br>**VERIZON MARYLAND, LLC,** *et al.*<br><br>　　Defendants. | Case No.: 8:16-cv-03272-RWT |

### PARTIES' STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed with prejudice.

Respectfully Submitted,

KARP, WIGODSKY, NORWIND
KUDEL & GOLD, PA.

/s/ Demosthenes Komis
Ronald A. Karp #01015
Demosthenes Komis #30147
2273 Research Blvd, Suite 200
Rockville, MD 20850
P 301-948-3800 | F 301-948-5449
Rkarp@karplawfirm.net
Dkomis@karplawfirm.net
**Counsel for Plaintiff**

CIPRIANI & WERNER, P.C.

/s/ John A. Rego
John A. Rego #06893
6411 Ivy Lane, Suite 600
Greenbelt, MD 20770
P 410-420-0700
jrego@c-wlaw.com
**Counsel for Defendant, Verizon Maryland LLC**

FRATUS LAW GROUP, LLC

/s/ Charles J. Fratus
Charles J. Fratus #13169
566 Baltimore Annapolis Blvd
Severna Park, MD 21146
P 410-295-7100
chuck@fratuslaw.com
**Counsel for Defendants, Dycom Industries, Inc.
& Lambert's Cable Splicing Company**

LAW OFFICES OF PAMELA RANDI JOHNSON

/s/ Debra L. Wynne
Debra L. Wynne #04631
307 International Circle, Suite 520
Hunt Valley, Maryland 21030
P (410) 568-2873
debra.wynne@the_Hartford.com
**Counsel for Defendant, Wire Wizards, Inc.**

"APPROVED" THIS 21st DAY
of February, 2019.

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

1